Case 2:13-cv-02767-WY   Document 1   Filed 05/20/13   Page 1 of 18




UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------X

MALIGU MEDIA, LLC,

                Plaintiff,

           vs.

JOHN DOE subscriber assigned IP address
108.2.117.233,

                Defendant.

------------------------------------------------------------X

Civil Action No. 13 2767

FILED MAY 20 2013 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

## COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT

Plaintiff, Malibu Media, LLC, sues Defendant John Doe subscriber assigned IP address 108.2.117.233, and alleges:

### Introduction

1. This matter arises under the United States Copyright Act of 1976, as amended, 17 U.S.C. §§ 101 et seq. (the "Copyright Act").

2. Defendant is a persistent online infringer of Plaintiff's copyrights. Indeed, Defendant's IP address as set forth on Exhibit A was used to illegally distribute each of the copyrighted movies set forth on Exhibit B.

3. Plaintiff is the registered owner of the copyrights set forth on Exhibit B (the "Copyrights-in-Suit.")

1

## Jurisdiction And Venue

4.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338 (patents, copyrights, trademarks and unfair competition).

5.     The Defendant's acts of copyright infringement occurred using an Internet Protocol address ("IP address") traced to a physical address located within this District, and therefore this Court has personal jurisdiction over the Defendant because (a) Defendant committed the tortious conduct alleged in this Complaint in this State, and (i) Defendant resides in this State and/or (ii) Defendant has engaged in substantial and not isolated business activity in this State.

6.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c), because: (i) a substantial part of the events or omissions giving rise to the claims occurred in this District; and, (ii) the Defendant resides (and therefore can be found) in this District and resides in this State; additionally, venue is proper in this District pursuant 28 U.S.C. § 1400(a) (venue for copyright cases) because each Defendant or Defendant's agent resides or may be found in this District.

## Parties

7.     Plaintiff, Malibu Media, LLC, is a limited liability company organized and existing under the laws of the State of California and has its principal place of business located at 409 W. Olympic Blvd., Suite 501, Los Angeles, CA, 90015.

8.     Plaintiff only knows Defendant by his, her or its IP Address. Defendant's IP address is set forth on Exhibit A.

9.     Defendant's Internet Service Provider can identify the Defendant.

**Factual Background**

*I.   Defendant Used the BitTorrent File Distribution Network To Infringe Plaintiff's Copyrights*

10. The BitTorrent file distribution network ("BitTorrent") is one of the most common peer-to-peer file sharing venues used for distributing large amounts of data, including, but not limited to, digital movie files.

11. BitTorrent's popularity stems from the ability of users to directly interact with each other in order to distribute a large file without creating a heavy load on any individual source computer and/or network. The methodolgy of BitTorrent allows users to interact directly with each other, thus avoiding the need for intermediary host websites which are subject to DMCA take down notices and potential regulatory enforcement actions.

12. In order to distribute a large file, the BitTorrent protocol breaks a file into many small pieces called bits. Users then exchange these small bits amongst each other instead of attempting to distribute a much larger digital file.

13. After the infringer receives all of the bits of a digital media file, the infringer's BitTorrent client software reassembles the bits so that the file may be opened and utilized.

14. Each bit of a BitTorrent file is assigned a unique cryptographic hash value.

15. The cryptographic hash value of the bit ("bit hash") acts as that bit's unique digital fingerprint. Every digital file has one single possible cryptographic hash value correlating to it. The BitTorrent protocol utilizes cryptographic hash values to ensure each bit is properly routed amongst BitTorrent users as they engage in file sharing.

16. The entirety of the digital media file also has a unique cryptographic hash value ("file hash"), which acts as a digital fingerprint identifying the digital media file (e.g. a movie). Once infringers complete downloading all bits which comprise a digital media file, the

BitTorrent software uses the file hash to determine that the file is complete and accurate.

17.  Plaintiff's investigator, IPP Limited, established a direct TCP/IP connection with the Defendant's IP address as set forth on Exhibit A.

18.  IPP Limited downloaded from Defendant one or more bits of each of the digital movie files identified by the file hashes on Exhibit A.

19.  Each of the cryptographic file hashes as set forth on Exhibit A correlates to copyrighted movies owned by Plaintiff as identified on Exhibit B.

20.  IPP Limited downloaded from Defendant one of more bits of each file has listed in Exhibit A. IPP Limited further downloaded a full copy of each file hash from the BitTorrent file distribution network and confirmed through independent calculation that the file hash matched what is listed on Exhibit A. IPP Limited then verified that the digital media file correlating to each file hash listed on Exhibit A contained a copy of a movie which is identical (or alternatively, strikingly similar or substantially similar) to the movie associated with that file hash on Exhibit A. At no time did IPP Limited upload Plaintiff's copyrighted content to any other BitTorrent user.

21.  IPP Limited downloaded from Defendant one or more bits of each digital media file as identified by its hash value on Exhibit A. The most recent TCP/IP connection between IPP and the Defendant's IP address for each file hash listed on Exhibit A is included within the column labeled Hit Date UTC. UTC refers to Universal Time which is utilized for air traffic control as well as computer forensic purposes.

22.  An overview of the Copyrights-in-Suit, including each hit date, date of first publication, registration date, and registration number issued by the United States Copyright Office is set forth on Exhibit B.

23. IPP Limited has also engaged in enhanced surveillance of other digital media files being distributed by Defendant. The results of this more intensive surveillance are outlined in Exhibit C. The Copyrights-in-Suit are solely limited to content owned by Plaintiff as outlined in Exhibit B. Exhibit C is provided for evidentiary purposes only.

24. As the subscriber in control of the IP address being used to distribute Plaintiff's copyrighted movies, Defendant is the most likely infringer. Consequently, Plaintiff hereby alleges Defendant is the infringer. Plaintiff has included as Exhibit D a solicitation of exculpatory evidence in the event that Defendant chooses to deny the allegations.

25. Defendant is the only person who can be identified as the infringer at this time.

## Miscellaneous

26. All conditions precedent to bringing this action have occurred or been waived.

27. Plaintiff has retained counsel and is obligated to pay said counsel a reasonable fee for its services.

## COUNT I
## Direct Infringement Against Defendant

28. The allegations contained in paragraphs 1-27 are hereby re-alleged as if fully set forth herein.

29. Plaintiff is the owner of the Copyrights-in-Suit, as outlined in Exhibit B, each of which covers an original work of authorship.

30. By using BitTorrent, Defendant copied and distributed the constituent elements of each of the original works covered by the Copyrights-in-Suit.

31. Plaintiff did not authorize, permit or consent to Defendant's distribution of its works.

5

32.   As a result of the foregoing, Defendant violated Plaintiff's exclusive right to:

(A)   Reproduce the works in copies, in violation of 17 U.S.C. §§ 106(1) and 501;

(B)   Redistribute copies of the works to the public by sale or other transfer of ownership, or by rental, lease or lending, in violation of 17 U.S.C. §§ 106(3) and 501;

(C)   Perform the copyrighted works, in violation of 17 U.S.C. §§ 106(4) and 501, by showing the works' images in any sequence and/or by making the sounds accompanying the works audible and transmitting said performance of the works, by means of a device or process, to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definitions of "perform" and "publically" perform); and

(D)   Display the copyrighted works, in violation of 17 U.S.C. §§ 106(5) and 501, by showing individual images of the works nonsequentially and transmitting said display of the works by means of a device or process to members of the public capable of receiving the display (as set forth in 17 U.S.C. § 101's definition of "publically" display).

33.   Defendant's infringements were committed "willfully" within the meaning of 17 U.S.C. § 504(c)(2).

WHEREFORE, Plaintiff respectfully requests that the Court:

(A)   Permanently enjoin Defendant and all other persons who are in active concert or participation with Defendant from continuing to infringe Plaintiff's copyrighted works;

(B)   Order that Defendant delete and permanently remove the digital media files relating to Plaintiff's works from each of the computers under Defendant's possession, custody or control;

(C)   Order that Defendant delete and permanently remove the infringing copies of the works Defendant has on computers under Defendant's possession, custody or control;

(D)     Award Plaintiff statutory damages in the amount of $150,000 per infringed Work pursuant to 17 U.S.C. § 504-(a) and (c);

(E)     Award Plaintiff its reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505; and

(F)     Grant Plaintiff any other and further relief this Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

FIORE & BARBER, LLC

By: _____
Christopher P. Fiore, Esquire
Aman M. Barber, III, Esquire
Attorneys for Plaintiff
425 Main Street, Suite 200
Harleysville, PA 19438
Tel: (215) 256-0205
Fax: (215) 256-9205
Email: cfiore@fiorebarber.com

# File Hashes for IP Address 108.2.117.233

**ISP:** Verizon FiOS
**Physical Location:** Collegeville, PA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 03/18/2013 16:22:42 | 554F315ECA9DB806CD79460F582D03880FCA3A5A | The Ultimate Blowjob |
| 03/16/2013 17:11:09 | D4910A575283A5F7686A90F4DEF9B48E85D33E71 | Three for the Show |
| 02/10/2013 15:21:06 | F537201E383882F7E5536D7A372B7E2B55F04EE5 | Amazing Grace |
| 02/10/2013 15:14:34 | 4F3FF9E3442937E1306B25BC152C61BE6AFF6EDA | Veronika Coming Home |
| 02/10/2013 14:53:47 | 75FCC3B8A30ADF28BBF215471C4A2325A61C977F | Miss Me Not |
| 02/10/2013 14:49:22 | 424DC6B514FD47431F79C2A09158FB9240F381E7 | Together Again |
| 02/10/2013 14:41:21 | 160B65F7395BAF38DE7F33FA92A555D255C9D2E5 | Working Out Together |
| 02/10/2013 14:37:27 | 149B621A7854AD4251012BDA94681F3C21D72DE8 | Unbelievably Beautiful |
| 01/26/2013 12:28:28 | 232CF6B96D55E479F275B0CCF8CE92DDB67775AA | One Night Stand |
| 01/26/2013 01:32:12 | C7E4D1847C35F0FB4B4705A9517A11E55248615D | Yoga Master and Student |

**Total Statutory Claims Against Defendant: 10**

## Copyrights-In-Suit for IP Address 108.2.117.233

**ISP:** Verizon FiOS
**Location:** Collegeville, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 02/10/2013 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 02/10/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 01/26/2013 |
| The Ultimate Blowjob | PA0001776806 | 04/22/2011 | 02/21/2012 | 03/18/2013 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 03/16/2013 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 02/10/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 02/10/2013 |
| Veronika Coming Home | PA0001774761 | 01/25/2012 | 02/03/2012 | 02/10/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/10/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/26/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 10**

## Expanded Surveillance of IP Address 108.2.117.233

**ISP:** Verizon FiOS
**Location:** Collegeville, PA

| Hit Date UTC | Filename |
| --- | --- |
| 04/29/2013 | Da.Vincis.Demons.S01E03.HDTV.x264-ASAP.mp4 |
| 04/29/2013 | BBC.Victoria.Woods.Nice.Cup.of.Tea.1of2.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/29/2013 | Da.Vincis.Demons.S01E02.HDTV.x264-ASAP.mp4 |
| 04/28/2013 | The.Americans.2013.S01E12.720p.HDTV.X264-DIMENSION.mkv |
| 04/28/2013 | BSkyB.Discovering.Eric.Clapton.PDTV.x264.AAC.MVGroup.org.mp4 |
| 04/28/2013 | Nurse.Jackie.S05E04.WEBRip.x264-KYR.mp4 |
| 04/28/2013 | BBC.Victoria.Woods.Nice.Cup.of.Tea.2of2.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/28/2013 | The.Big.C.S04E01.WEBRip.x264-KYR.mp4 |
| 04/26/2013 | Bob Dylan - The Original Mono Recordings 9 CD Box Set 1962-1967 (2010) Japanese Mini LP FLAC Beolab1700 |
| 04/26/2013 | Bob Dylan |
| 04/26/2013 | Bob Dylan - The Bootleg Series |
| 04/24/2013 | PBS.The.Central.Park.Five.2013.720p.x264.AAC.MVGroup.org.mp4 |
| 04/24/2013 | BBC.Pompeii.The.Mystery.of.the.People.Frozen.in.Time.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/24/2013 | The.Colbert.Report.2013.04.22.Michael.Pollan.HDTV.x264-2HD.mp4 |
| 04/24/2013 | The.Daily.Show.2013.04.22.Christina.Hendricks.HDTV.x264-2HD.mp4 |
| 04/24/2013 | Anthony.Bourdain.Parts.Unknown.S01E02.HDTV.x264-2HD.mp4 |
| 04/24/2013 | I.Have.Seen.the.Earth.Change.Season.1.01of10.Bolivia.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 04/24/2013 | BBC.Israel.Facing.the.Future.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/24/2013 | Nurse.Jackie.S05E03.HDTV.x264-2HD.mp4 |
| 04/24/2013 | Hemlock.Grove.S01E01.720p.WEBRip.x264-QRUS.mkv |
| 04/24/2013 | BitTorrent-EpicMealTime |

EXHIBIT C

EPA139

| Hit Date UTC | Filename |
|---|---|
| 04/24/2013 | Hemlock.Grove.S01E02.720p.WEBRip.x264-QRUS.mkv |
| 04/24/2013 | NHK.Fukushima.Two.Years.Later.576p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/23/2013 | The.Impossible.2012.DVDSCR.x264.AAC-FooKaS |
| 04/23/2013 | The.Veteran.2011.DVDRip.XviD-ICE |
| 04/20/2013 | The.Ice.Cream.Girls.1x01.HDTV.x264-FoV.mp4 |
| 04/19/2013 | PBS.Independant.Lens.2013.The.House.I.Live.In.720p.HDTV.x264.AAC.MVGroup.org.mp4 |
| 04/19/2013 | The.Americans.2013.S01E11.720p.HDTV.X264-DIMENSION.mkv |
| 04/14/2013 | BlowJobFridays.13.04.05.Rachel.Starr.Blow-Job.From.A.Porn-Star.XXX.720p.MP4-OHRLY[rarbg] |
| 04/14/2013 | Adorable teenage girl gives 20-minutes-long blowjob and swallowing.mp4 |
| 04/11/2013 | Broadchurch.1x03.HDTV.x264-FoV.mp4 |
| 04/11/2013 | The.Americans.2013.S01E10.720p.HDTV.X264-DIMENSION.mkv |
| 04/11/2013 | Broadchurch.1x05.HDTV.x264-FoV.mp4 |
| 04/11/2013 | Broadchurch.S01E01.HDTV.x264-RiVER.mp4 |
| 04/11/2013 | Broadchurch.1x02.HDTV.x264-FoV.mp4 |
| 04/07/2013 | The.Walking.Dead.S02.720p.HDTV.x264-PublicHD.ORG |
| 04/07/2013 | The Walking Dead Season 3 Complete 720p HD [CARG] |
| 04/06/2013 | The.Americans.2013.S01E07.HDTV.x264-LOL.mp4 |
| 04/05/2013 | The.Americans.2013.S01E04.HDTV.x264-LOL.mp4 |
| 04/05/2013 | The.Americans.2013.S01E02.HDTV.x264-LOL.[VTV].mp4 |
| 04/05/2013 | Regular Show Season 4 Eps. 1-Up To 'Caveman' {S04E1-20} Complete [AVi] |
| 04/05/2013 | The.Americans.2013.S01E09.720p.HDTV.X264-DIMENSION.mkv |
| 04/05/2013 | The.Americans.2013.S01E05.HDTV.x264-LOL.mp4 |
| 03/31/2013 | ITV.Secret.Life.of.Dogs.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/31/2013 | BBC.Horizon.2013.How.to.Avoid.Mistakes.in.Surgery.PDTV.XviD.AC3.MVGroup.org.avi |
| 03/31/2013 | BBC.Insect.Worlds.3of3.The.Secret.to.Their.Success.PDTV.x264.AAC.MVGroup.org.mp4 |
| 03/31/2013 | BBC.Project.Nim.700p.HDTV.x264.AAC.MVGroup.Forum.mkv |

EXHIBIT C

EPA139

| Hit Date UTC | Filename |
|---|---|
| 03/31/2013 | BBC.Insect.Worlds.1of3.Them.and.Us.PDTV.x264.AAC.MVGroup.org.mp4 |
| 03/31/2013 | BBC.Horsemeat.Banquet.PDTV.x264.AAC.MVGroup.org.mp4 |
| 03/31/2013 | The.Olive.Route.3of5.Olive.Groves.in.the.Aegean.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 03/31/2013 | BBC.Can.Eating.Insects.Save.the.World.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/31/2013 | The.Olive.Route.4of5.The.Olive.Tree.in.the.Holy.Land.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 03/31/2013 | A.V.I.The.Remarkable.F4U.Corsair.XviD.AC3.MVGroup.Forum.avi |
| 03/31/2013 | ITV.Perspectives.2013.The.Seven.Dwarfs.of.Auschwitz.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/31/2013 | Regular Show Season 3 [S03] Complete AVI.MP3 {1337x} -mortar12 |
| 03/31/2013 | The.Olive.Route.1of5.In.the.Olive.Kingdom.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 03/28/2013 | Eels - Wonderful, Glorious (2013) [FLAC] |
| 03/28/2013 | Richard Wright - Broken China |
| 03/28/2013 | 1993 - The Yellow Shark - Frank Zappa |
| 03/25/2013 | The Jimi Hendrix Experience - Studio Discography 1967-1969 [FLAC] |
| 03/23/2013 | Devendra Banhart - Mala (2013) [FLAC] |
| 03/23/2013 | VA-Erotic_Lounge_6_Seductive_Pearls-2CD-FLAC-2007-DeVOiD |
| 03/23/2013 | Pink Floyd - Wish You Were Here  (2011 Mix) 24bit SACD FLAC Beolab1700 |
| 03/23/2013 | DAVID BOWIE Ziggy Stardust (Ryko Analogue remaster) FLAC |
| 03/23/2013 | John McLaughlin - To the One (2010) [EAC-FLAC] |
| 03/22/2013 | Jimi Hendrix - People, Hell and Angels (2013) [FLAC] |
| 03/21/2013 | De Rouille et d'Os  - 2012 - Alexandre Desplat |
| 03/18/2013 | Blowjob Casting.mp4 |
| 03/18/2013 | POV.Blowjobs.2.XXX.DVDRiP.XviD-DivXfacTory |
| 03/18/2013 | Anastacia-Not That Kind |
| 03/18/2013 | Wheeler.Dealers.S12E03.Range.Rover.Mk3.480p.PDTV.x264-SM.mkv |
| 03/17/2013 | Wheeler.Dealers.S12E01.Aston.Martin.DB7.480p.PDTV.x264-SM.mkv |
| 03/17/2013 | Wheeler.Dealers.S12E02.Ford.Escort.Mk1.480p.PDTV.x264-SM.mkv |

EXHIBIT C

EPA139

| Hit Date UTC | Filename |
|---|---|
| 03/17/2013 | Wheeler.Dealers.S12E04.Porsche.Boxster.480p.PDTV.x264-SM.mkv |
| 03/17/2013 | prnfle1784x.avi |
| 03/16/2013 | A.Late.Quartet.2012.720p.BluRay.x264-GECKOS [PublicHD] |
| 03/16/2013 | Mary and Max (2009) [1080p] |
| 03/16/2013 | x-art_kiera_seth_late_for_work_540.mp4 |
| 03/16/2013 | Langt.fra.Las.Vegas.S01E03.Mia.Hundvin.DvDrip.avi |
| 03/16/2013 | Rust.and.Bone.2012.LIMITED.720p.BluRay.x264-GECKOS [PublicHD] |
| 03/16/2013 | X-Art - Three for the Show - Leila [720p].mov |
| 03/16/2013 | X-Art - Two Boys And One Girl - Beatrice [720p].wmv |
| 03/16/2013 | X-Art - Another Night - Bunny [1080p].mp4 |
| 03/16/2013 | The.Tillman.Story.2010.720p.BRrip.x264.AAC.MVGroup.org.mp4 |
| 03/15/2013 | Cirque.du.Soleil.Worlds.Away.2012.720p.BluRay.x264-PSYCHD [PublicHD] |
| 03/10/2013 | Wild.Belle-Isles.2013.FLAC.PERFECT |
| 03/10/2013 | BBC.Storyville.2013.Queen.of.Versailles.468p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/10/2013 | Before.My.Heart.Falls.[Avant.Que.Mon.Coeur.Bascule].2012.DVDRip.AC3.HORiZON-ArtSubs |
| 03/10/2013 | PBS.NOVA.2011.Japans.Killer.Quake.540p.x264.AAC.MVGroup.org.mp4 |
| 03/09/2013 | National.Geographic.Hidden.Horrors.of.the.Moon.Landings.PDTV.x264.AAC.MVGroup.org.mp4 |
| 03/09/2013 | Elisa A, Irina K - Let Me Please You.mp4 |
| 02/28/2013 | Richard and Linda Thompson - First Light (1978) [FLAC] |
| 02/28/2013 | [www.Cpasbien.me] The.We.And.The.I.2012.FRENCH.BDRip.XviD-TiCKETS |
| 02/28/2013 | Richard Thompson - Electric (2013) 2cd flac |
| 02/28/2013 | Nirvana - Discography 1989-2011 [FLAC] |
| 02/26/2013 | PBS.NOVA.2013.Mind.of.a.Rampage.Killer.540p.x264.AAC.MVGroup.org.mp4 |
| 02/26/2013 | The.Walking.Dead.S03E11.720p.HDTV.x264-EVOLVE.mkv |
| 02/23/2013 | Portlandia.S03E10.HDTV.x264-2HD.mp4 |
| 02/23/2013 | TVersityProSetup_2_3.exe |

| Hit Date UTC | Filename |
|---|---|
| 02/18/2013 | Girls.S02E06.HDTV.x264-EVOLVE.mp4 |
| 02/18/2013 | ITV.Martin.Clunes.Heavy.Horsepower.PDTV.x264.AAC.MVGroup.org.mp4 |
| 02/18/2013 | The.Walking.Dead.S03E10.HDTV.x264-2HD.mp4 |
| 02/18/2013 | Enlightened.S02E06.HDTV.x264-EVOLVE.mp4 |
| 02/16/2013 | Portlandia.S03E09.HDTV.x264-2HD.mp4 |
| 02/10/2013 | Creampie Young Girls #1.mp4 |
| 02/10/2013 | x-art_baby_together_again_720.mp4 |
| 02/10/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 02/10/2013 | x-art.com_Gianna_Black_Lace_Bliss_1080.mov |
| 02/10/2013 | RIX FM - Gerts fredagsfräckis |
| 02/10/2013 | x-art_kristen_working_out_together_720.wmv |
| 02/10/2013 | The World of Suzie Wong [William Holden] (1960) DVDRip Oldies |
| 02/10/2013 | Portlandia.S03E07.HDTV.x264-2HD.mp4 |
| 02/10/2013 | 120619.KBS2.1대100.써니Cut.HDTV.MPEG2.1080i.WolfBoy.tp |
| 02/10/2013 | Kung.Fu.Panda.Spanish.VHS-Screener.Xvid [www.TopEstrenos.net] |
| 02/10/2013 | COH_Arc |
| 02/10/2013 | 30 Minutes or Less 2011 [English] (PDVD) |
| 02/10/2013 | X-Art.12.09.13.Grace.Amazing.Grace.XXX.1080p.MOV-KTR[rbg] |
| 02/10/2013 | Portlandia.S03E08.HDTV.x264-2HD.mp4 |
| 01/28/2013 | The 4-Hour Body An Uncommon Guide to Rapid Fat-Loss, Incredible Sex, and Becoming Superhuman (Pdf,Epub,Mobi) - MANTESH |
| 01/26/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 01/26/2013 | TeenFilipina - Maybel __ 29 june 2012 __ HD 720.wmv |
| 01/26/2013 | Portlandia.S03E06.HDTV.x264-2HD.mp4 |
| 01/26/2013 | Pathologic RIP |
| 01/26/2013 | prnfle1258x.mov |

EXHIBIT C

EPA139

| Hit Date UTC | Filename |
|---|---|
| 01/26/2013 | x-art_mira_yoga_master_and_student_540.wmv |
| 01/26/2013 | Portlandia.S03E06.720p.HDTV.x264-EVOLVE.mkv |
| 01/21/2013 | Lincoln.[2012](DVDScr.H264) |
| 01/20/2013 | Portlandia.S03E05.HDTV.x264-2HD.mp4 |
| 01/20/2013 | Life.of.Pi.2012.720p.TS.XViD.AC3-26k |
| 01/20/2013 | The.Colbert.Report.2013.01.17.Akhil.Reed.Amar.HDTV.x264-LMAO.[VTV].mp4 |
| 01/20/2013 | Real.Time.with.Bill.Maher.2013.01.18.HDTV.x264-2HD.[VTV].mp4 |
| 01/15/2013 | [Leopard-Raws] D.C.III ~Da Capo III~ - 01 RAW (MX 1280x720 x264 AAC).mp4 |
| 01/13/2013 | Beasts.Of.The.Southern.Wild.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 01/13/2013 | CollegeRules - Spin the Bottle Orgy [720p].mp4 |
| 01/12/2013 | Portlandia.S03E01.REPACK.HDTV.x264-2HD.mp4 |
| 01/12/2013 | x-art_angelica_naughty_and_nice_1080.mov |
| 01/12/2013 | Portlandia.S03E04.HDTV.x264-2HD.mp4 |
| 01/11/2013 | X-Art - Warm Inside - Susie, Clover [1080p].mov |
| 12/03/2012 | X-Art - Loving Angels - Anneli, Baby [1080p].mov |
| 12/03/2012 | Young_Legal_Porn_-_My_First_Exam_2012_1080p_WEB-DL_x264 |
| 12/03/2012 | The Evens - The Odds (2012) |
| 12/03/2012 | X-Art - Heart And Soul - Connie [720p].mov |
| 12/03/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 12/03/2012 | X-Art - Tarde Espanola - Addison [720p].mp4 |

EXHIBIT C

EPA139

# **EXCULPATORY EVIDENCE REQUEST**

Subscriber Name:

Subscriber Address:

Attorney Name/Contact:

1. List all authorized users (including household members) of any IP Address assigned to the Defendant.

Authorized User Name/Relationship

    A. _____
- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

    B. _____
- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

    C. _____
- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

EXHIBIT D

EPA139

D._____

- Adult Child
- Domestic Partner
- Minor Child
- Roommate
- Spouse
- Tenant
- Unrelated adult

2. Has a WI-FI enabled device been used to effectuate a connection to an IP Address assigned to the Defendant?

YES    NO

3. If #2 is yes, please provide make, model and serial number of all such WI-FI modems and/or routers:

_____

_____

_____

4. Has a Bittorrent Client been installed on any electronic device used by the Defendant and/or other Authorized Users used to access the Internet via an IP Address assigned to the Defendant?

YES    NO

5. What is the distance from the Defendant's residence to the closest neighbor?

_____Yards.

EXHIBIT D

EPA139

6. Has the Defendant and/or Authorized Users as listed in #1 above ever legally purchased Plaintiff's material or visited their website?

YES     NO

7. Has the Defendant and/or Authorized Users as listed in #1 above ever visited any website containing Torrent Magnet Links?

YES     NO

8. Has the Defendant and/or Authorized Users as listed in #1 above ever used Google, Bing, Yahoo or any other Internet Search Engine to search for information on Torrent files and/or websites?

YES     NO

9. Has the Defendant and/or Authorized Users as listed in #1 above ever visited a streaming media site containing unauthorized copies of Plaintiff's works?

YES     NO

10. Has the Defendant and/or any Authorized User as listed in #1 received a notice of copyright infringement from their Internet Service Provider, from the Center for Copyright Information, or from any other private intellectual property owner?

YES     NO


_____
Signed


_____
Date


EXHIBIT D

EPA139