AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| X ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>US District Court, Clerk's Office |
|---|---|
| DOCKET NO.<br>13-2767 | DATE FILED<br>5/20/13 |
| | 601 Market St., Phila., PA 19106 |

| PLAINTIFF | DEFENDANT |
|---|---|
| Malibu Media, LLC | John Doe, subscriber assigned IP address 108.2.117.233 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See attached | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

**ISP:** Verizon FiOS
**Location:** Collegeville, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 02/10/2013 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 02/10/2013 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 01/26/2013 |
| The Ultimate Blowjob | PA0001776806 | 04/22/2011 | 02/21/2012 | 03/18/2013 |
| Three for the Show | PA0001808630 | 09/24/2012 | 09/28/2012 | 03/16/2013 |
| Together Again | PA0001819288 | 12/28/2012 | 01/01/2013 | 02/10/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 02/10/2013 |
| Veronika Coming Home | PA0001774761 | 01/25/2012 | 02/03/2012 | 02/10/2013 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/10/2013 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 01/26/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 10**

**ISP:** Verizon FiOS
**Location:** Collegeville, PA

| Hit Date UTC | Filename |
|---|---|
| 04/29/2013 | Da.Vincis.Demons.S01E03.HDTV.x264-ASAP.mp4 |
| 04/29/2013 | BBC.Victoria.Woods.Nice.Cup.of.Tea.1of2.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/29/2013 | Da.Vincis.Demons.S01E02.HDTV.x264-ASAP.mp4 |
| 04/28/2013 | The.Americans.2013.S01E12.720p.HDTV.X264-DIMENSION.mkv |
| 04/28/2013 | BSkyB.Discovering.Eric.Clapton.PDTV.x264.AAC.MVGroup.org.mp4 |
| 04/28/2013 | Nurse.Jackie.S05E04.WEBRip.x264-KYR.mp4 |
| 04/28/2013 | BBC.Victoria.Woods.Nice.Cup.of.Tea.2of2.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/28/2013 | The.Big.C.S04E01.WEBRip.x264-KYR.mp4 |
| 04/26/2013 | Bob Dylan - The Original Mono Recordings 9 CD Box Set 1962-1967 (2010) Japanese Mini LP FLAC Beolab1700 |
| 04/26/2013 | Bob Dylan |
| 04/26/2013 | Bob Dylan - The Bootleg Series |
| 04/24/2013 | PBS.The.Central.Park.Five.2013.720p.x264.AAC.MVGroup.org.mp4 |
| 04/24/2013 | BBC.Pompeii.The.Mystery.of.the.People.Frozen.in.Time.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/24/2013 | The.Colbert.Report.2013.04.22.Michael.Pollan.HDTV.x264-2HD.mp4 |
| 04/24/2013 | The.Daily.Show.2013.04.22.Christina.Hendricks.HDTV.x264-2HD.mp4 |
| 04/24/2013 | Anthony.Bourdain.Parts.Unknown.S01E02.HDTV.x264-2HD.mp4 |
| 04/24/2013 | I.Have.Seen.the.Earth.Change.Season.1.01of10.Bolivia.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 04/24/2013 | BBC.Israel.Facing.the.Future.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/24/2013 | Nurse.Jackie.S05E03.HDTV.x264-2HD.mp4 |
| 04/24/2013 | Hemlock.Grove.S01E01.720p.WEBRip.x264-QRUS.mkv |
| 04/24/2013 | BitTorrent-EpicMealTime |

EXHIBIT C

| Hit Date UTC | Filename |
|---|---|
| 04/24/2013 | Hemlock.Grove.S01E02.720p.WEBRip.x264-QRUS.mkv |
| 04/24/2013 | NHK.Fukushima.Two.Years.Later.576p.HDTV.x264.AAC.MVGroup.org.mkv |
| 04/23/2013 | The.Impossible.2012.DVDSCR.x264.AAC-FooKaS |
| 04/23/2013 | The.Veteran.2011.DVDRip.XviD-ICE |
| 04/20/2013 | The.Ice.Cream.Girls.1x01.HDTV.x264-FoV.mp4 |
| 04/19/2013 | PBS.Independant.Lens.2013.The.House.I.Live.In.720p.HDTV.x264.AAC.MVGroup.org.mp4 |
| 04/19/2013 | The.Americans.2013.S01E11.720p.HDTV.X264-DIMENSION.mkv |
| 04/14/2013 | BlowJobFridays.13.04.05.Rachel.Starr.Blow-Job.From.A.Porn-Star.XXX.720p.MP4-OHRLY[rarbg] |
| 04/14/2013 | Adorable teenage girl gives 20-minutes-long blowjob and swallowing.mp4 |
| 04/11/2013 | Broadchurch.1x03.HDTV.x264-FoV.mp4 |
| 04/11/2013 | The.Americans.2013.S01E10.720p.HDTV.X264-DIMENSION.mkv |
| 04/11/2013 | Broadchurch.1x05.HDTV.x264-FoV.mp4 |
| 04/11/2013 | Broadchurch.S01E01.HDTV.x264-RiVER.mp4 |
| 04/11/2013 | Broadchurch.1x02.HDTV.x264-FoV.mp4 |
| 04/07/2013 | The.Walking.Dead.S02.720p.HDTV.x264-PublicHD.ORG |
| 04/07/2013 | The Walking Dead Season 3 Complete 720p HD [CARG] |
| 04/06/2013 | The.Americans.2013.S01E07.HDTV.x264-LOL.mp4 |
| 04/05/2013 | The.Americans.2013.S01E04.HDTV.x264-LOL.mp4 |
| 04/05/2013 | The.Americans.2013.S01E02.HDTV.x264-LOL.[VTV].mp4 |
| 04/05/2013 | Regular Show Season 4 Eps. 1-Up To 'Caveman' {S04E1-20} Complete [AVi] |
| 04/05/2013 | The.Americans.2013.S01E09.720p.HDTV.X264-DIMENSION.mkv |
| 04/05/2013 | The.Americans.2013.S01E05.HDTV.x264-LOL.mp4 |
| 03/31/2013 | ITV.Secret.Life.of.Dogs.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/31/2013 | BBC.Horizon.2013.How.to.Avoid.Mistakes.in.Surgery.PDTV.XviD.AC3.MVGroup.org.avi |
| 03/31/2013 | BBC.Insect.Worlds.3of3.The.Secret.to.Their.Success.PDTV.x264.AAC.MVGroup.org.mp4 |
| 03/31/2013 | BBC.Project.Nim.700p.HDTV.x264.AAC.MVGroup.Forum.mkv |

EXHIBIT C
EPA139

| Hit Date UTC | Filename |
|---|---|
| 03/31/2013 | BBC.Insect.Worlds.1of3.Them.and.Us.PDTV.x264.AAC.MVGroup.org.mp4 |
| 03/31/2013 | BBC.Horsemeat.Banquet.PDTV.x264.AAC.MVGroup.org.mp4 |
| 03/31/2013 | The.Olive.Route.3of5.Olive.Groves.in.the.Aegean.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 03/31/2013 | BBC.Can.Eating.Insects.Save.the.World.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/31/2013 | The.Olive.Route.4of5.The.Olive.Tree.in.the.Holy.Land.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 03/31/2013 | A.V.I.The.Remarkable.F4U.Corsair.XviD.AC3.MVGroup.Forum.avi |
| 03/31/2013 | ITV.Perspectives.2013.The.Seven.Dwarfs.of.Auschwitz.720p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/31/2013 | Regular Show Season 3 [S03] Complete AVI.MP3 {1337x} -mortar12 |
| 03/31/2013 | The.Olive.Route.1of5.In.the.Olive.Kingdom.HDTV.x264.720p.AC3.MVGroup.org.mkv |
| 03/28/2013 | Eels - Wonderful, Glorious (2013) [FLAC] |
| 03/28/2013 | Richard Wright - Broken China |
| 03/28/2013 | 1993 - The Yellow Shark - Frank Zappa |
| 03/25/2013 | The Jimi Hendrix Experience - Studio Discography 1967-1969 [FLAC] |
| 03/23/2013 | Devendra Banhart - Mala (2013) [FLAC] |
| 03/23/2013 | VA-Erotic_Lounge_6_Seductive_Pearls-2CD-FLAC-2007-DeVOiD |
| 03/23/2013 | Pink Floyd - Wish You Were Here (2011 Mix) 24bit SACD FLAC Beolab1700 |
| 03/23/2013 | DAVID BOWIE Ziggy Stardust (Ryko Analogue remaster) FLAC |
| 03/23/2013 | John McLaughlin - To the One (2010) [EAC-FLAC] |
| 03/22/2013 | Jimi Hendrix - People, Hell and Angels (2013) [FLAC] |
| 03/21/2013 | De Rouille et d'Os - 2012 - Alexandre Desplat |
| 03/18/2013 | Blowjob Casting.mp4 |
| 03/18/2013 | POV.Blowjobs.2.XXX.DVDRiP.XviD-DivXfacTory |
| 03/18/2013 | Anastacia-Not That Kind |
| 03/18/2013 | Wheeler.Dealers.S12E03.Range.Rover.Mk3.480p.PDTV.x264-SM.mkv |
| 03/17/2013 | Wheeler.Dealers.S12E01.Aston.Martin.DB7.480p.PDTV.x264-SM.mkv |
| 03/17/2013 | Wheeler.Dealers.S12E02.Ford.Escort.Mk1.480p.PDTV.x264-SM.mkv |

EXHIBIT C

EPA139

| Hit Date UTC | Filename |
|---|---|
| 03/17/2013 | Wheeler.Dealers.S12E04.Porsche.Boxster.480p.PDTV.x264-SM.mkv |
| 03/17/2013 | prnfle1784x.avi |
| 03/16/2013 | A.Late.Quartet.2012.720p.BluRay.x264-GECKOS [PublicHD] |
| 03/16/2013 | Mary and Max (2009) [1080p] |
| 03/16/2013 | x-art_kiera_seth_late_for_work_540.mp4 |
| 03/16/2013 | Langt.fra.Las.Vegas.S01E03.Mia.Hundvin.DvDrip.avi |
| 03/16/2013 | Rust.and.Bone.2012.LIMITED.720p.BluRay.x264-GECKOS [PublicHD] |
| 03/16/2013 | X-Art - Three for the Show - Leila [720p].mov |
| 03/16/2013 | X-Art - Two Boys And One Girl - Beatrice [720p].wmv |
| 03/16/2013 | X-Art - Another Night - Bunny [1080p].mp4 |
| 03/16/2013 | The.Tillman.Story.2010.720p.BRrip.x264.AAC.MVGroup.org.mp4 |
| 03/15/2013 | Cirque.du.Soleil.Worlds.Away.2012.720p.BluRay.x264-PSYCHD [PublicHD] |
| 03/10/2013 | Wild.Belle-Isles.2013.FLAC.PERFECT |
| 03/10/2013 | BBC.Storyville.2013.Queen.of.Versailles.468p.HDTV.x264.AAC.MVGroup.org.mkv |
| 03/10/2013 | Before.My.Heart.Falls.[Avant.Que.Mon.Coeur.Bascule].2012.DVDRip.AC3.HORiZON-ArtSubs |
| 03/10/2013 | PBS.NOVA.2011.Japans.Killer.Quake.540p.x264.AAC.MVGroup.org.mp4 |
| 03/09/2013 | National.Geographic.Hidden.Horrors.of.the.Moon.Landings.PDTV.x264.AAC.MVGroup.org.mp4 |
| 03/09/2013 | Elisa A, Irina K - Let Me Please You.mp4 |
| 02/28/2013 | Richard and Linda Thompson - First Light (1978) [FLAC] |
| 02/28/2013 | [www.Cpasbien.me] The.We.And.The.I.2012.FRENCH.BDRip.XviD-TiCKETS |
| 02/28/2013 | Richard Thompson - Electric (2013) 2cd flac |
| 02/28/2013 | Nirvana - Discography 1989-2011 [FLAC] |
| 02/26/2013 | PBS.NOVA.2013.Mind.of.a.Rampage.Killer.540p.x264.AAC.MVGroup.org.mp4 |
| 02/26/2013 | The.Walking.Dead.S03E11.720p.HDTV.x264-EVOLVE.mkv |
| 02/23/2013 | Portlandia.S03E10.HDTV.x264-2HD.mp4 |
| 02/23/2013 | TVersityProSetup_2_3.exe |

EXHIBIT C

EPA139

| Hit Date UTC | Filename |
|---|---|
| 02/18/2013 | Girls.S02E06.HDTV.x264-EVOLVE.mp4 |
| 02/18/2013 | ITV.Martin.Clunes.Heavy.Horsepower.PDTV.x264.AAC.MVGroup.org.mp4 |
| 02/18/2013 | The.Walking.Dead.S03E10.HDTV.x264-2HD.mp4 |
| 02/18/2013 | Enlightened.S02E06.HDTV.x264-EVOLVE.mp4 |
| 02/16/2013 | Portlandia.S03E09.HDTV.x264-2HD.mp4 |
| 02/10/2013 | Creampie Young Girls #1.mp4 |
| 02/10/2013 | x-art_baby_together_again_720.mp4 |
| 02/10/2013 | X-Art - Unforgettable View Part II - Addison [1080p].mov |
| 02/10/2013 | x-art.com_Gianna_Black_Lace_Bliss_1080.mov |
| 02/10/2013 | RIX FM - Gerts fredagsfräckis |
| 02/10/2013 | x-art_kristen_working_out_together_720.wmv |
| 02/10/2013 | The World of Suzie Wong [William Holden] (1960) DVDRip Oldies |
| 02/10/2013 | Portlandia.S03E07.HDTV.x264-2HD.mp4 |
| 02/10/2013 | 120619.KBS2.1대100.써니Cut.HDTV.MPEG2.1080i.WolfBoy.tp |
| 02/10/2013 | Kung.Fu.Panda.Spanish.VHS-Screener.Xvid [www.TopEstrenos.net] |
| 02/10/2013 | COH_Arc |
| 02/10/2013 | 30 Minutes or Less 2011 [English] (PDVD) |
| 02/10/2013 | X-Art.12.09.13.Grace.Amazing.Grace.XXX.1080p.MOV-KTR[rbg] |
| 02/10/2013 | Portlandia.S03E08.HDTV.x264-2HD.mp4 |
| 01/28/2013 | The 4-Hour Body An Uncommon Guide to Rapid Fat-Loss, Incredible Sex, and Becoming Superhuman (Pdf,Epub,Mobi) - MANTESH |
| 01/26/2013 | X-Art - Spur of the Moment - Ivy [1080p].mov |
| 01/26/2013 | TeenFilipina - Maybel __ 29 june 2012 __ HD 720.wmv |
| 01/26/2013 | Portlandia.S03E06.HDTV.x264-2HD.mp4 |
| 01/26/2013 | Pathologic RIP |
| 01/26/2013 | prnfle1258x.mov |

EXHIBIT C

EPA139

| Hit Date UTC | Filename |
|---|---|
| 01/26/2013 | x-art_mira_yoga_master_and_student_540.wmv |
| 01/26/2013 | Portlandia.S03E06.720p.HDTV.x264-EVOLVE.mkv |
| 01/21/2013 | Lincoln.[2012](DVDScr.H264) |
| 01/20/2013 | Portlandia.S03E05.HDTV.x264-2HD.mp4 |
| 01/20/2013 | Life.of.Pi.2012.720p.TS.XViD.AC3-26k |
| 01/20/2013 | The.Colbert.Report.2013.01.17.Akhil.Reed.Amar.HDTV.x264-LMAO.[VTV].mp4 |
| 01/20/2013 | Real.Time.with.Bill.Maher.2013.01.18.HDTV.x264-2HD.[VTV].mp4 |
| 01/15/2013 | [Leopard-Raws] D.C.III ~Da Capo III~ - 01 RAW (MX 1280x720 x264 AAC).mp4 |
| 01/13/2013 | Beasts.Of.The.Southern.Wild.2012.720p.BluRay.x264-SPARKS [PublicHD] |
| 01/13/2013 | CollegeRules - Spin the Bottle Orgy [720p].mp4 |
| 01/12/2013 | Portlandia.S03E01.REPACK.HDTV.x264-2HD.mp4 |
| 01/12/2013 | x-art_angelica_naughty_and_nice_1080.mov |
| 01/12/2013 | Portlandia.S03E04.HDTV.x264-2HD.mp4 |
| 01/11/2013 | X-Art - Warm Inside - Susie, Clover [1080p].mov |
| 12/03/2012 | X-Art - Loving Angels - Anneli, Baby [1080p].mov |
| 12/03/2012 | Young_Legal_Porn_-_My_First_Exam_2012_1080p_WEB-DL_x264 |
| 12/03/2012 | The Evens - The Odds (2012) |
| 12/03/2012 | X-Art - Heart And Soul - Connie [720p].mov |
| 12/03/2012 | X-Art - Formidable Beauty - Beatrice [1080p].mp4 |
| 12/03/2012 | X-Art - Tarde Espanola - Addison [720p].mp4 |

EXHIBIT C

EPA139